**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS**

In Re: Tremaine Manley

**Debtor(s)**

Case No.: 19–30937

Chapter: 13

ENTERED
06/24/2019

### *ORDER CLOSING CASE*

The estate has been fully administered. Therefore, the Court orders:

1. William E. Heitkamp is discharged as trustee of the estate.

2. The Trustee's bond is cancelled.

3. The case is closed.

Signed and Entered on Docket: 6/24/19

DAVID R. JONES
UNITED STATES BANKRUPTCY JUDGE